FILED
CLERK, U.S. DISTRICT COURT
5/6/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_MMC\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>ERNIE RODARTE,<br><br>             Defendant. | CR  2:25-CR-00350-MCS<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about September 25, 2024, in Ventura County, within the Central District of California, defendant ERNIE RODARTE knowingly possessed the following firearm and ammunition, each in and affecting interstate and foreign commerce:

1.   A Sarsilmaz Silah Sanayi (a/k/a SAR Arms), Model SARB60, 9mm Luger pistol, bearing serial number T110216E01865; and

2.   Ten rounds of Sarsilmaz Patlayici Sanayi (a/k/a ZSR Patlayici Sanayi) 9mm Luger caliber ammunition, stamped "SAR 9mm Luger".

Defendant RODARTE possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1. Carrying a Concealed Dirk or Dagger, in violation of California Penal Code Section 12020(A)(4), in the Superior Court of the State of California, County of Ventura, Case Number 2010017214, on or about June 24, 2010;

2. Felon with a Firearm, in violation of California Penal Code Section 12021(D)(1), in the Superior Court of the State of California, County of Ventura, Case Number 2011005015, on or about July 19, 2011;

3. Possession of a Firearm by a Felon, in violation of California Penal Code Section 29800(a)(1), in the Superior Court of the State of California, County of Ventura, Case Number 2015007803, on or about June 8, 2017;

4. Prohibited Person in Possession of Ammunition, in violation of California Penal Code Section 30305(A)(1), in the Superior Court of the State of California, County of Ventura, Case Number 2015007803, on or about June 8, 2017;

5. Inflicting Corporal Injury on a Spouse/Cohabitant, in violation of California Penal Code Section 273.5(A), in the Superior Court of the State of California, County of Ventura, Case Number 2016091431, on or about June 8, 2017.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1.   Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in the sole count of this Indictment.

2.   The defendant, if so convicted, shall forfeit to the United States of America the following:

   (a)  All right, title, and interest in any firearm or ammunition involved in or used in such offense; and

   (b)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.   Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of said defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//
//
//
//

```
 1  substantially diminished in value; or (e) has been commingled with
 2  other property that cannot be divided without difficulty.
 3
 4                                          A TRUE BILL
 5
 6                                          /S/_____
                                            Foreperson
 7
 8  BILAL A. ESSAYLI
    United States Attorney
 9
    LINDSEY GREER DOTSON
10  Assistant United States Attorney
    Chief, Criminal Division
11
    [signature: Frances D. Lewis]
12
13  FRANCES S. LEWIS
    Assistant United States Attorney
14  Chief, General Crimes Section
15  SHAWN T. ANDREWS
    Assistant United States Attorney
16  Deputy Chief, General Crimes
    Section
17
    MATTHEW J. TAKO
18  Assistant United States Attorney
    General Crimes Section
19
20
21
22
23
24
25
26
27
28
```